

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2014

No. 04-14-00329-CV

**SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C.,** SSC Rio Grande City
Operating Company, L.P. and Mark Anthony West,
Appellants

v.

Elias **CANTU**, Jr., Hector Cantu, Mary Cantu, Cynthia Cantu, Leticia Cantu, Emilio Cantu, and
Ivar Cantu, Individually and as the Heirs of Maria Maldonado Cantu,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-13-669
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

The trial court clerk has filed a notification of late record stating that the clerk's record has not been filed because appellants have failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellants are not entitled to appeal without paying the fee. It is therefore ORDERED that appellants provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court